# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| DAWN M. CLARK, | |
| Plaintiff, | Case No: 4:18-cv-00215 |
| v. | |
| ALLIANCEONE RECEIVABLES MANAGEMENT, INC., | |
| Defendant. | |

## ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff, DAWN M. CLARK, ("Plaintiff"), by and through her attorneys, SULAIMAN LAW GROUP, LTD., having filed with this court her Notice of Voluntary Dismissal With Prejudice and the court having reviewed same, now finds that this matter should be dismissed.

IT IS THEREFORE ORDERED by this court that the above cause of action is hereby dismissed with prejudice. Each party shall bear her or its own costs and attorney fees.

**SIGNED this the 17th day of July, 2018.**

_Richard A. Schell_
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE